**In Re the Marriage of: Janice Ruth LINDBERG, Petitioner, Respondent,**

v.

**Dennis Wayne LINDBERG, Appellant.**

**No. C9–85–727.**

Supreme Court of Minnesota.

April 1, 1986.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Court of Appeals be, and the same is, hereby affirmed. *See Tell v. Tell*, 383 N.W.2d 678 (Minn.1986).